AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Holwell, Richard J. | 2. Court or Organization<br><br>USDC/SDNY | 3. Date of Report<br><br>06/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>500 Pearl St.<br>Chambers 1950<br>New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Van Duyn Associates (SEE SECTION VIII, Paragraph 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/2000 | PLEASE SEE SECTION VIII, Paragraph 2. |
| 2. | |
| 3. | |

Holwell, Richard J.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | White & Case LLP (post-retirement payments fixed at time of retirement on November 1, 2003). | $316,180 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed architect |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Duyn Assoc., NY, NY | E | Rent | P1 | W | | | | | |
| 2. Bell South | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. - Fidelity S&P 500 | | | | | Sold | 01/26/09 | L | A | |
| 5. - Fidelity Contrafund | | | | | Sold | 01/28/09 | M | A | |
| 6. - Fidelity Lo Pr Stk | | | | | Sold | 01/21/09 | N | A | |
| 7. - First Eagle Overseas A | | | | | Sold | 02/06/09 | M | A | |
| 8. - US Global Inv Global | | | | | Sold | 01/21/09 | K | A | |
| 9. - Schwab M. Mkt. Fund | A | Interest | K | T | Sold (part) | 04/15/09 | L | A | |
| 10. - CGM Focus | | | | | Sold | 02/25/09 | K | A | |
| 11. - UltShort S&P 500 | | | | | Sold | 03/11/09 | K | A | |
| 12. - NY City Mun Wtr Fin, 6/15/31 | E | Interest | N | T | | | | | |
| 13. - NY Cit Mun Wtr Fin, 6/15/24 | D | Interest | M | T | | | | | |
| 14. - NYS Dorm Revs St Supp, 2/15/16 | D | Interest | M | T | | | | | |
| 15. - Comp Bond | D | Interest | M | T | Buy | 04/24/09 | M | | |
| 16. - Baird Muni | | | M | T | Buy | 01/26/09 | M | | |
| 17. - Baird Muni | C | Interest | M | T | Buy | 02/06/09 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Baird Muni | | | | | Sold (part) | 02/05/09 | M | A | |
| 19. - SPDR | D | Dividend | N | T | Buy | 03/16/09 | M | | |
| 20. - Vanguard | B | Interest | M | T | Buy | 08/11/09 | M | | |
| 21. IRA #1 | | | | | | | | | |
| 22. - ML Pacific Fund | A | Dividend | L | T | | | | | |
| 23. - PIMCO Total Return D | | | | | Sold | 08/06/09 | L | A | |
| 24. - Brandywine | | | | | Sold | 02/26/09 | L | A | |
| 25. - PIMCO Comm. Real | | | | | Sold | 02/23/09 | J | A | |
| 26. - PIMCO Total Ret. Inst | | | M | T | | | | | |
| 27. - First Eagle Overseas | | | | | Sold | 02/26/09 | L | E | |
| 28. - Dodge & Cox Int'l Stk | | | | | Sold | 01/26/09 | K | A | |
| 29. - RS Global Net Res | | | | | Sold | 02/23/09 | K | A | |
| 30. - US Global Inv. Global | | | | | Sold | 02/23/09 | K | A | |
| 31. - Ultra Short S&P 500 | | | | | Sold | 05/11/09 | K | A | |
| 32. - Schwab Money Market Fund | | | M | T | | | | | |
| 33. - Dow (Bond) | | | M | T | Buy | 06/04/09 | M | | |
| 34. - Morgan Stanley (Bond) | | | M | T | Buy | 03/11/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Terex (Bond) | | | M | T | Buy | 03/11/09 | L | | |
| 36. - Baird Int | | | L | T | Buy | 06/10/09 | L | | |
| 37. - JP Morgan Em Debt | | | L | T | Buy | 07/27/09 | L | | |
| 38. - JP Morgan S. Inc. | | | M | T | Buy | 11/05/09 | M | | |
| 39. - Pimco F. Bond | | | L | T | Buy | 07/27/09 | L | | |
| 40. - Pimco Mtg B | | | M | T | Buy | 08/06/09 | M | | |
| 41. - Matt. India | | | L | T | Buy | 08/24/09 | L | | |
| 42. - I Shares TR | | | L | T | Buy | 06/12/09 | L | | |
| 43. - Morgan Stanley (Bond) | | | L | T | Buy | 01/08/09 | L | | |
| 44. - Morgan Stanley (Bond) | | | | | Sold | 08/05/09 | L | A | |
| 45. - Proshares | | | | | Buy | 06/22/09 | K | | |
| 46. - Proshares | | | | | Sold | 07/24/09 | K | A | |
| 47. - G.E. Bond | | | | | Buy | 03/11/09 | M | | |
| 48. - G.E. Bond | | | | | Sold | 09/15/09 | M | A | |
| 49. - PIMCO Em Mkt | | | | | Sold | 07/27/09 | L | A | |
| 50. - PIMCO Em Mkt | | | | | Sold | 11/02/09 | L | A | |
| 51. IRA #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - First Eagle Overseas A | A | Dividend | | | Sold | 02/09/09 | K | A | |
| 53.   - MetroWest Total Ret | A | Dividend | J | T | | | | | |
| 54.   - Cash | | | J | T | | | | | |
| 55.   - TCW Bond | | | J | T | Buy | 05/20/09 | J | | |
| 56.   - Proshares | | | | | Buy | 05/08/09 | L | | |
| 57.   - Proshares | | | | | Sold | 10/15/09 | L | A | |
| 58.   - JP Morgan S. Inc. | | | K | T | Buy | 04/02/09 | K | | |
| 59.   - Perm Port | | | K | T | Buy | 11/25/09 | K | | |
| 60.   - E.V. Global | | | J | T | Buy | 12/07/09 | J | | |
| 61.   Fidelity Annuity | | | | | | | | | |
| 62.   - Fidelity Contrafund | | | | | Sold | 02/27/09 | L | A | |
| 63.   - Fidelity Adv. Gr. Opp. 1 (formerly Fidelity Growth Opps.) | | | | | Sold | 02/27/09 | K | A | |
| 64.   - Cash | | | M | T | | | | | |
| 65.   White & Case RIP Pension | F | Dividend | L | W | | | | | See Att. VIII-A of Report |
| 66.   White & Case 401(K) | | | | | | | | | See Att. VIII-A of Report |
| 67.   - Turner Midcap Gr. | | | | | Sold | 01/09/09 | M | A | " |
| 68.   - Axiom Int'l Inv. | | | | | Sold | 01/09/09 | O | A | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SSGA | | | | | Sold | 01/09/09 | K | A | " |
| 70. - Davis NY Venture | | | | | Sold | 02/09/09 | N | A | " |
| 71. - PIMCO Total Ret. | | | O | T | Buy | 01/09/09 | M | | " |
| 72. - Columbia Val & R | | | | | Sold | 01/27/09 | L | A | " |
| 73. - Royce Low Price | | | | | Sold | 02/24/09 | K | A | " |
| 74. - Vanguard Infl-Prot | | | K | T | Sold | 06/11/09 | K | A | " |
| 75. - SPDR | | | | | Sold | 03/04/09 | K | A | " |
| 76. - I Shares Brazil | | | M | T | Buy | 05/14/09 | L | | " |
| 77. - SPDR Energy | | | L | T | Buy | 05/11/09 | L | | " |
| 78. - TFS Market | | | L | T | Buy | 01/27/09 | L | | " |
| 79. - PIMCO NY | | | L | T | Buy | 05/11/09 | L | | " |
| 80. - PIMCO Mtg B | | | M | T | Buy | 05/14/09 | L | | " |
| 81. - SPDR China | | | | | Buy | 05/11/09 | L | | " |
| 82. - SPDR China | | | L | T | Sold (part) | 08/25/09 | K | A | " |
| 83. - Vanguard | | | L | T | | | | | " |
| 84. - Wintergreen | | | L | T | Buy | 10/29/09 | K | | " |
| 85. - Pro Shares US | | | | | Buy | 01/29/09 | K | | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Pro Shares US | | | | | Sold | 05/11/09 | K | A | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 06/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. Regarding Section I:

Partner, Van Duyn Associates. Van Duyn Associates is a general partnership formed under New York law pursuant to a restated and amended agreement dated December 21, 1979. I ▓ own with ▓ a 60% interest in the partnership which owns the building in which we reside.

2. Regarding Section II:

White & Case Savings and Investment Plan ("SIP"). White & Case is my former law firm. The White & Case SIP was originally established in 1983. It is a qualified 401(K) plan. Subject to certain qualifications, all employees can participate in the plan and may remain in the plan after retirement. Participants are able to select their investments from among a limited list of mutual funds only.

White & Case Retirement Income Plan ("RIP"). White Case is my former law firm. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investment.

White & Case Partnership Agreement. White & Case is my former law firm. The amended and restated partnership agreement dated August 1, 2000 governs the operation of the Firm. The equity partners of the Firm are parties to the agreement. Upon ceasing to be an equity partner, such partner's capital account is fixed and distributed in monthly payments over a term of six years. All such payments were made by December 31, 2009.

3. Regarding Section VII, Item Nos. 65; 66-86.

SEE ATTACHMENT VIII-A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FORM A0-10
## ATTACHMENT VIII-A

Item 65      White & Case Retirement Income Plan ("RIP"). The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit, which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investments. My annual accrued benefit is ▓▓▓▓

Items 66-86      White & Case 401(K) Plan. The plan administrator, CitiStreet Retirement Plan, does not provide plan participants with periodic income information on either an aggregate or per-fund basis. The only information provided is the change in valuation over time. This information is provided below:

| FUND | VALUATION 01/01/09 | VALUATION 12/31/09 |
|---|---|---|
| Turner Mid Cap Growth | ▓▓▓ | -0- |
| Axiom Int'l Inv. | ▓▓▓ | -0- |
| SSGA Emerging | ▓▓▓ | -0- |
| Davis NY Venture Y | ▓▓▓ | -0- |
| Pimco Total Ret | ▓▓▓ | ▓▓▓ |
| Columbia Val & R | ▓▓▓ | -0- |
| Royce Low Price | ▓▓▓ | -0- |
| SPDR | ▓▓▓ | -0- |
| Money Market | ▓▓▓ | ▓▓▓ |
| I Shares | -0- | ▓▓▓ |
| SPDR Energy | -0- | ▓▓▓ |
| TFS Market | -0- | ▓▓▓ |
| PIMCO HY | -0- | ▓▓▓ |
| PIMCO Mtg B | -0- | ▓▓▓ |
| SPDR China | -0- | ▓▓▓ |
| Vanguard | -0- | ▓▓▓ |
| Wintergreen | -0- | ▓▓▓ |
| Proshare US | -0- | -0- |